```
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania
In re:                                                                     Case No. 17-17461-jkf
Gregory Bertino                                                            Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0313-2         User: dlv                 Page 1 of 2                  Date Rcvd: Dec 14, 2017
                             Form ID: 309I             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db           +Gregory Bertino,    572 Jefferson Avenue,    Langhorne, PA 19047-5338
tr           +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
               Reading, PA 19606-0410
14011954      BANK OF AMERICA,    PO BOX 15312,   Wilmington DE 19850-5312
14020062     +BUCKS COUNTY TAX CLAIM BUREAU,    55 E. COURT STREET,    Doylestown PA 18901-4318
14011965     +Barry Rogers,    1211 Deer Run Road,    Ottsville PA 18942-1525
14011966     +Beach Haven Condo Ass'n,    P.O. Box 57,    Atlantic City NJ 08404-0057
14011968     +Charles Sylvester,    600 Old street Rd.,    Apt. D 12,    Feasterville Trevose PA 19053-7718
14011956     +Delaware Title Loans, Inc.,    111 Naamans Road,    Claymont DE 19703-2713
14011971     +Eastburn and Gray, PC,    60 East Court Street,    PO Box 1389,    Doylestown PA 18901-0137
14011972     +Hill Wallack,    777 Township Line Road #250,    Morrisville PA 19067-5565
14023875     +Hill Wallack LLP,    777 Township Line Rd, Suite 250,     Yardley, PA 19067-5565
14011973     +Kristin Januszewski,    19 Quaint Road,    Levittown PA 19057-2008
14011974     +Lower Southampton Township,    1500 Desire Avenue,    Feasterville Trevose PA 19053-4496
14011975      MACY'S,   P. O. Box 9001094,    Louisville KY 40290-1094
14011996      Mercer Bucks Cardiology at LPS,    P. O. Box 824865,    Philadelphia PA 19182-4865
14011997     +Michael A. Meleta,    1045 Fawn Drive,    Southampton PA 18966-4310
14011962      PA Dept. of Revenue,    Bureau of Compliance,    Dept. 280946,    Harrisburg PA 17128-8946
14012001      Trustees UPHS HUP Patient,    PO Box 824336,    Philadelphia PA 19182-4336
14017257      U.S. Bank National Association, et. al.,     Wells Fargo Bank, N.A.,
               Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
14012002     +William Bertino,    142 Liberty Drive,    Bensalem PA 19020-3118
14012003     +Yury Steingart,    16 Windmill Dr,    Southampton PA 18966-2329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jadelstein@adelsteinkaliner.com Dec 15 2017 01:23:43     JON M. ADELSTEIN,
               Penn's Court,    350 South Main Street,    Suite 105,    Doylestown, PA  18901
smg           E-mail/Text: bankruptcy@phila.gov Dec 15 2017 01:24:24     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2017 01:23:55
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2017 01:24:20     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 15 2017 01:24:12     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14011963      EDI: AIS.COM Dec 15 2017 01:13:00      American InfoSource LP  as agent for,
               T Mobile/T-Mobile USA Inc,    P. O. Box 248848,    Oklahoma City OK 73124-8848
14011964      EDI: AIS.COM Dec 15 2017 01:13:00      American InfoSource LP  as agent for,    Verizon,
               P. O. Box 248848,    Oklahoma City OK 73124-8848
14011955     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 15 2017 01:24:22
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Boulevard,    5th Floor,
               Miami FL 33146-1837
14011967      EDI: CAPITALONE.COM Dec 15 2017 01:13:00      Capital One Bank (USA) N.A.,    P. O. Box 71083,
               Charlotte NC 28272-1083
14011960     +E-mail/Text: bankruptcy@phila.gov Dec 15 2017 01:24:24
               City of Philadelphia, Law Department Tax,     Unit,    Municipal Services Building,
               1401 John F. Kennedy Blvd, 5th Floor,     Philadelphia PA 19102-1617
14011970     +EDI: TSYS2.COM Dec 15 2017 01:13:00      Department Stores National Bank for,    Bloomingdales,
               Bankruptcy Processing,    P. O. Box 8053,    Mason OH 45040-8053
14011957      EDI: FORD.COM Dec 15 2017 01:13:00      Ford Motor Credit,    Box 220564,
               Pittsburgh PA 15257-2564
14011961      EDI: IRS.COM Dec 15 2017 01:13:00      IRS,   PO Box 7346,    Philadelphia PA 19101-7346
14011998     +E-mail/Text: bankruptcygroup@peco-energy.com Dec 15 2017 01:23:51     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia PA 19103-1380
14009999     +E-mail/Text: equiles@philapark.org Dec 15 2017 01:24:42     Philadelphia Parking Authority,
               701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
14012707      EDI: AIS.COM Dec 15 2017 01:13:00      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,     PO Box 248848,    Oklahoma City, OK  73124-8848
14011959     +EDI: WFFC.COM Dec 15 2017 01:13:00      U.S. Bank, National Association,, Truste,
               C/O America's Servicing Company,    Payment Processing, MACX2302-04C,    1 Home Campus,
               Des Moines IA 50328-0001
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14012000      Susan Manise
aty*         +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
               Reading, PA 19606-0410
```

```
District/off: 0313-2           User: dlv                  Page 2 of 2                   Date Rcvd: Dec 14, 2017
                               Form ID: 309I              Total Noticed: 38
```

```
14011958     ##+Ocwen,    P.O. Box6440,    Carol Stream IL 60197-6440
                                                                                          TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:
          CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue crmomjian@attorneygeneral.gov
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JON M. ADELSTEIN    on behalf of Debtor Gregory  Bertino jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
          MARIO J. HANYON    on behalf of Creditor   U.S. Bank National Association, As Trustee For et al. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          TOTAL: 6

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Gregory Bertino** | Social Security number or ITIN | **xxx–xx–1484** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **13** | **11/2/17** |
| Case number: | **17–17461–jkf** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case 12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Gregory Bertino | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 572 Jefferson Avenue<br>Langhorne, PA 19047 | |
| 4. | **Debtor's attorney**<br>Name and address | JON M. ADELSTEIN<br>Penn's Court<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone (215) 230–4250<br>Email: jadelstein@adelsteinkaliner.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 12/14/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 12, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/13/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/12/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/1/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 500.00 per month for 60 months. **The hearing on confirmation will be held on: 2/22/18 at 9:30 AM Location:Courtroom #3 – 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |