**HILL WALLACK LLP**
Michael J. Shavel, Esquire
777 Township Line Road, Suite 250
Yardley, PA  19067
Tel. 215-579-7700
Fax 215-579-9248
Counsel for Creditor, Hill Wallack LLP

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| GREGORY BERTINO | Docket No. 17-17461 |
| DEBTOR. | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Hill Wallack LLP has filed a Motion to dismiss your Chapter 13 case.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with an attorney).**

2. **If you do not want the Court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motion, then on or before **January 23, 2018, you or your attorney must file a response to the Motion.**  *(See Instructions on next page.)*

3. **A hearing on the Motion** is scheduled before the Honorable Jean K. Fitzsimon, U. S. Bankruptcy Judge, on **January 25, 2018, at 9:30 a.m. in Courtroom No. 3, at the United States Bankruptcy Court, Robert N. C. Nix Building, 900 Market Street, Philadelphia, PA 19107.**  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one has filed an answer.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Robert N. C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

    Michael J. Shavel, Esquire
    Hill Wallack LLP
    777 Township Line Road, Suite 250
    Yardley, PA  19067
    Tel. 215-579-7700 - Fax 215-579-9248
    mshavel@hillwallack.com

        Respectfully submitted,

        **HILL WALLACK LLP**

        BY: */s/Michael J. Shavel*
        **MICHAEL J. SHAVEL, ESQUIRE**
        Attorneys for Hill Wallack

Date:  January 9, 2018