**HILL WALLACK LLP**
Michael J. Shavel, Esquire
777 Township Line Road, Suite 250
Yardley, PA  19067
Tel. 215-579-7700
Fax 215-579-9248
Counsel for Creditor, Hill Wallack LLP

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| GREGORY BERTINO | Docket No. 17-17461(jkf) |
| DEBTOR. | Hearing Date: January 25, 2017 @ 9:30 am |

## **CERTIFICATION OF NO OBJECTION**

TO THE HONORABLE JEAN K. FITZSIMON

   I, Michael J. Shavel, Esquire, of the law firm of Hill Wallack LLP, do hereby certify that:

   1.   On January 9, 2018, Hill Wallack LLP ("Hill Wallack") filed a Motion to Dismiss Case pursuant to 11 U.S.C. §1307 [Doc. # 27] in the above entitled matter.

   2.   On January 9, 2018, a copy of the Motion was served upon the appropriate parties in interest as more fully set forth in the Service List filed with the Motion.

   3.   The time to answer or otherwise respond to the Motion has expired.

   4.   No answer, objection or other responsive pleading has been received by counsel to the Movant.  A review of the Court Docket reflects that no answer, objection or other responsive pleading has been filed of record as of the date of this Certification.

WHEREFORE, Hill Wallack LLP hereby respectfully requests that this Court enter an Order granting the Motion.

                                        HILL WALLACK LLP

Dated: January 24, 2018                 /s/*Michael J. Shavel*
                                                Michael J. Shavel, Esq.