**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>GREGORY BERTINO<br><br>　　　　DEBTOR. | Chapter 13<br><br>Docket No. 17-17461 |

**ORDER GRANTING MOTION TO DISMISS**
**CHAPTER 13 BANKRUPTCY**

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion of Hill Wallack LLP ("Creditor") to Dismiss the Chapter 13 Bankruptcy of Gregory Bertino ("Debtor") and any Response filed thereto and after notice and hearing, it is hereby ORDERED that said Motion is APPROVED and the Bankruptcy is DISMISSED.

BY THE COURT:

_/s/ Jean K. FitzSimon_

**Date: January 25, 2018**

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE