United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory Bertino  
    Debtor

Case No. 17-17461-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 2     Date Rcvd: Jan 25, 2018  
                  Form ID: pdf900     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.

```
db          +Gregory Bertino,   572 Jefferson Avenue,    Langhorne, PA 19047-5338
14011954     BANK OF AMERICA,   PO BOX 15312,   Wilmington DE 19850-5312
14020062    +BUCKS COUNTY TAX CLAIM BUREAU,   55 E. COURT STREET,   Doylestown PA 18901-4318
14011965    +Barry Rogers,   1211 Deer Run Road,   Ottsville PA 18942-1525
14011966    +Beach Haven Condo Ass'n,   P.O. Box 57,   Atlantic City NJ 08404-0057
14029722    +Bucks County Water and Sewer Authority,   1275 Almshouse Road,   Warrington, PA 18976-1209
14011967     Capital One Bank (USA) N.A.,   P. O. Box 71083,   Charlotte NC 28272-1083
14011968    +Charles Sylvester,   600 Old street Rd.,   Apt. D 12,   Feasterville Trevose PA 19053-7718
14011956    +Delaware Title Loans, Inc.,   111 Naamans Road,   Claymont DE 19703-2713
14011970    +Department Stores National Bank for,   Bloomingdales,   Bankruptcy Processing,   P. O. Box 8053,
              Mason OH 45040-8053
14011971    +Eastburn and Gray, PC,   60 East Court Street,   PO Box 1389,   Doylestown PA 18901-0137
14011957     Ford Motor Credit,   Box 220564,   Pittsburgh PA 15257-2564
14011972    +Hill Wallack,   777 Township Line Road #250,   Morrisville PA 19067-5565
14023875    +Hill Wallack LLP,   777 Township Line Rd, Suite 250,   Yardley, PA 19067-5565
14011973    +Kristin Januszewski,   19 Quaint Road,   Levittown PA 19057-2008
14011974    +Lower Southampton Township,   1500 Desire Avenue,   Feasterville Trevose PA 19053-4496
14011975     MACY'S,   P. O. Box 9001094,   Louisville KY 40290-1094
14011996     Mercer Bucks Cardiology at LPS,   P. O. Box 824865,   Philadelphia PA 19182-4865
14011997    +Michael A. Meleta,   1045 Fawn Drive,   Southampton PA 18966-4310
14011962     PA Dept. of Revenue,   Bureau of Compliance,   Dept. 280946,   Harrisburg PA 17128-8946
14012001     Trustees UPHS HUP Patient,   PO Box 824336,   Philadelphia PA 19182-4336
14017257     U.S. Bank National Association, et. al.,   Wells Fargo Bank, N.A.,
              Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-7700
14011959    +U.S. Bank, National Association,, Truste,   C/O America's Servicing Company,
              Payment Processing, MACX2302-04C,   1 Home Campus,   Des Moines IA 50328-0001
14012002    +William Bertino,   142 Liberty Drive,   Bensalem PA 19020-3118
14012003    +Yury Steingart,   16 Windmill Dr,   Southampton PA 18966-2329
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: bankruptcy@phila.gov Jan 26 2018 01:49:34    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 26 2018 01:49:26    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:49:07
              Commonwealth of Pennsylvania, Department of Revenu,   Bureau of Compliance,   Dept. 280946,
              Harrisburg, PA  17128-0946
14011963     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 26 2018 01:56:22
              American InfoSource LP  as agent for,   T Mobile/T-Mobile USA Inc,   P. O. Box 248848,
              Oklahoma City OK 73124-8848
14011964     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 26 2018 01:56:17
              American InfoSource LP  as agent for,   Verizon,   P. O. Box 248848,
              Oklahoma City OK 73124-8848
14011955    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 26 2018 01:49:27
              Bayview Loan Servicing, LLC,   4425 Ponce De Leon Boulevard,   5th Floor,
              Miami FL 33146-1837
14011960    +E-mail/Text: bankruptcy@phila.gov Jan 26 2018 01:49:34
              City of Philadelphia, Law Department Tax,   Unit,   Municipal Services Building,
              1401 John F. Kennedy Blvd, 5th Floor,   Philadelphia PA 19102-1617
14011961     E-mail/Text: cio.bncmail@irs.gov Jan 26 2018 01:48:53    IRS,   PO Box 7346,
              Philadelphia PA 19101-7346
14011998    +E-mail/Text: bankruptcygroup@peco-energy.com Jan 26 2018 01:48:56    PECO Energy Company,
              Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia PA 19103-1380
14041185     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:49:07
              Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
              Harrisburg PA 17128-0946
14009999    +E-mail/Text: equiles@philapark.org Jan 26 2018 01:49:43    Philadelphia Parking Authority,
              701 Market Street Suite 5400,   Philadelphia, PA 19106-2895
14012707     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 26 2018 01:50:15    T Mobile/T-Mobile USA Inc,
              by American InfoSource LP as agent,   PO Box 248848,   Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14012000      Susan Manise
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
cr*          +Hill Wallack LLP,   777 Township Line Road,   Suite 250,   Yardley, PA 19067-5565
```

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2              Date Rcvd: Jan 25, 2018
                              Form ID: pdf900          Total Noticed: 37

14011958       ##+Ocwen,    P.O. Box6440,    Carol Stream IL 60197-6440
                                                                                         TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
```
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue crmomjian@attorneygeneral.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JON M. ADELSTEIN    on behalf of Debtor Gregory  Bertino jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              MARIO J. HANYON    on behalf of Creditor   U.S. Bank National Association, As Trustee For et al.
               paeb@fedphe.com
              MICHAEL J. SHAVEL    on behalf of Creditor   Hill Wallack LLP mshavel@hillwallack.com,
               mosbeck@hillwallack.com;tcarlin@hillwallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GREGORY BERTINO<br><br>DEBTOR. | Chapter 13<br><br>Docket No. 17-17461 |

**ORDER GRANTING MOTION TO DISMISS**
**CHAPTER 13 BANKRUPTCY**

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion of Hill Wallack LLP ("Creditor") to Dismiss the Chapter 13 Bankruptcy of Gregory Bertino ("Debtor") and any Response filed thereto and after notice and hearing, it is hereby ORDERED that said Motion is APPROVED and the Bankruptcy is DISMISSED.

BY THE COURT:

**Date: January 25, 2018**

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE